UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case:   08 C 928

    TERRY WALKER,  Plaintiff,       Honorable Judge KENDALL,

       v.

    OFFICER BLAIR, et al., Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Officers Keith Blair and Robert Vahl

| SIGNATURE | |
|---|---|
| /S/ JOEL G. SANDOVAL | |
| FIRM    City of Chicago, Corporation Counsel | |
| STREET ADDRESS    30 N. LaSalle St., Suite 1400 | |
| CITY/STATE/ZIP    Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)    06290664 | TELEPHONE NUMBER    312.742.5146 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?       YES X     NO | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?      YES ☐    NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?        YES       NO X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES X    NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.    RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |