IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **TERRY WALKER** ) | |
| ) | |
| Plaintiff, ) | Case No. 08 C 928 |
| ) | |
| vs. ) | |
| ) | JUDGE KENDALL |
| Chicago Police Officers K.A. Blair, Star No. 18771 ) | |
| R. A. Vahl, Star No. 7350 ) | |
| ) | |
| Defendants, ) | |

Plaintiff alleges:

## JOINT INITIAL STATUS REPORT

NOW COME plaintiffs, by one of their attorneys, Garrett Browne, and defendants, by one of their attorneys Joel Sandoval, and pursuant to this Court's order submit the following for the Joint Initial Status Report:

**1. Attorneys of Record for the Parties who are expected to try the case:**

a. Ed Fox and Garrett Browne, of ED FOX & ASSOCIATES, Suite 330, 300 W. Adams, Chicago, IL. 60606, are expected to try the case on behalf of plaintiffs.

b. Joel Sandoval, Asst. Corporation Counsel, Suite 1400, 30 N. LaSalle St., Chicago, IL. 60602

**2. The basis for federal Jurisidiction:** This Court has federal question jurisdiction pursuant to 28 U.S.C. §1343.

3. **The Nature of the claims asserted in the complaint and any expected counterclaim:**

Plaintiff alleges that the defendant Chicago Police officers violated his civil rights by subjecting him to the use of excessive force.

4. **The name of any party not yet served and the circumstances regarding non-service:**

The defendants have been served, and have answered the complaint.

5. **The principal legal issues**:

   a. Whether there was legal cause for defendants to use force against plaintiffs, and if so whether the force used was excessive;

6. **The Principal factual issues**:

   a. Whether defendants used force against plaintiffs, and if so whether the force used was excessive;

7. **Whether a jury trial is expected by either party**:

   The parties have filed jury demands.

8. **A short description of any discovery undertaken to date and any anticipated in the future:**

   No discovery has been undertaken by any of the parties.

9. **The earliest date the parties will be ready for trial and the length of the trial**:

   The parties believe that they will be ready for trial by December, 2008. The parties estimate that the trial will take approximately 3 days to complete.

10. **Whether the parties unanimously consent to proceed before the magistrate judge:**

    The parties do not unanimously consent to proceed before a Magistrate Judge.

11. **The status of any settlement discussions and whether the parties request a settlement conference**.

    Settlement discussions are not reasonably likely to be successful until the parties have exchanged Rule 26(a) disclosures and responses to written discovery requests.

                                        Respectfully submitted,

By:/s/Garrett Browne                    /s/___Joel Sandoval_____
Attorney for Plaintiff                  Attorney for Defendants
ED FOX & ASSOCIATES                     Asst. Corporation Counsel
Suite 330                               Suite 1400
300 W. Adams                            30 N. LaSalle St.
Chicago, IL. 60606                      Chicago, IL. 60602
312-345-8877                            (312) 742-5146
gbrowne@efox-law.com

2