IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRY WALKER, ) | |
| ) | Case No. 08 C 928 |
| Plaintiff, ) | |
| ) | Judge Kendall |
| v. ) | |
| ) | Magistrate Keys |
| OFFICER BLAIR, Et al., ) | |
| ) | Jury Demand |
| Defendants. ) | |

**NOTICE OF MOTION**

TO:   Garrett Browne
      Ed Fox & Associates
      300 W. Adams, Suite 330
      Chicago, IL 60606

**PLEASE TAKE NOTICE** that on Tuesday July 8, at 9:00 am., or as soon thereafter as counsel may be heard, before the Honorable Judge Virginia Kendall, or whomever shall be sitting in her stead, in Room 2319 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, I will then and there present the attached *DEFENDANTS BLAIR AND VAHL'S MOTION FOR ENTRY OF PROTECTIVE ORDER*.

Respectfully submitted,

/s/ JOEL G. SANDOVAL
Joel G. Sandoval
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, IL  60602
(312) 742-5146
Atty. No. 6290664