IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRY WALKER, | ) | |
| | ) | Case No. 08 C 928 |
| Plaintiff, | ) | |
| | ) | Judge Kendall |
| v. | ) | |
| | ) | Magistrate Keys |
| OFFICER BLAIR, Et al., | ) | |
| | ) | Jury Demand |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

TO:  Garrett Browne
     Ed Fox & Associates
     300 W. Adams, Suite 330
     Chicago, IL 60606

**I HEREBY CERTIFY** that I have caused true and correct copies of the above and foregoing *DEFENDANTS BLAIR AND VAHL'S MOTION FOR ENTRY OF PROTECTIVE ORDER* and *NOTICE OF MOTION* to be sent via e-filing to the persons named in the foregoing Notice, "Filing Users" pursuant to Case Management/Electronic Case Files, on June 30, 2008, in accordance with the rules on electronic filing of documents.

/s/ Joel G. Sandoval
Joel G. Sandoval
Assistant Corporation Counsel