IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRY WALKER, | ) | |
| | ) | Case No. 08 C 928 |
| Plaintiff, | ) | |
| | ) | Judge Kendall |
| v. | ) | |
| | ) | Magistrate Keys |
| OFFICER BLAIR, Et al., | ) | |
| | ) | Jury Demand |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   Garrett Browne
      Ed Fox & Associates
      300 W. Adams, Suite 330
      Chicago, IL 60606

**PLEASE TAKE NOTICE** that I have this day, July 17, 2008, filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, *STIPULATION TO DISMISS*, a copy of which is herewith served upon you via e-filing to "Filing Users" pursuant to Case Management/Electronic Case Files in accordance with the rules on electronic filing of documents.

Respectfully submitted,

/s/ JOEL G. SANDOVAL
Joel G. Sandoval
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, IL  60602
(312) 742-5146
Atty. No. 6290664