IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRY WALKER, | ) | |
| | ) | Case No. 08 C 928 |
| Plaintiff, | ) | |
| | ) | Judge Kendall |
| v. | ) | |
| | ) | Magistrate Keys |
| OFFICER BLAIR, Et al., | ) | |
| | ) | Jury Demand |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I have caused true and correct copies of the above and foregoing *NOTICE OF FILING* and *STIPULATION TO DISMISS* to be sent via e-filing to the persons named in the foregoing Notice, "Filing Users" pursuant to Case Management/Electronic Case Files, on JULY 17, 2008, in accordance with the rules on electronic filing of documents.

/s/ JOEL G. SANDOVAL
Joel G. Sandoval
Assistant Corporation Counsel