IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRY WALKER, | ) | |
|     Plaintiff, | ) | No. 08 C 928 |
| | ) | |
| v. | ) | JUDGE KENDALL |
| | ) | |
| BLAIR, et. al., | ) | MAGISTRATE KEYS |
|     Defendant. | ) | |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Terry Walker, by one of his attorneys, Garrett Browne, and defendants, Keith Blair and Robert Vahl, by one of their attorneys, Joel G. Sandoval, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Terry Walker, against defendants, City of Chicago, Keith Blair and Robert Vahl, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

_____
The Honorable Virginia M. Kendall
United States District Judge

DATED: July 30, 2008